# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 13CR4461-H |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| MARIA L. ACOSTA-GONZALEZ (1), | |
| Defendant. | |

GOOD CAUSE APPEARING and upon the motion of the government, IT IS HEREBY ORDERED that the Information in the above entitled case against defendant Maria L. Acosta-Gonzalez is **dismissed without prejudice**. The defendant is hereby discharged.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 23, 2014

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE